IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>-vs-<br><br>DAVID LOZANO-ALVARADO<br><br>　　　　Defendant. | No.　CR 14-5159 BHS<br><br>Order for Non Custody Transportation<br><br>Pursuant to 18 USC 4285 |

　　　This matter having come before the undersigned judge on defendant's motion for transportation and subsistence expenses pursuant to 18 USC 4285, and the court having considered the pleading filed in support of the motion and the previous transportation orders entered with respect to Mr. Lozano-Alvarado,

　　　NOW THEREFORE IT IS HEREBY ORDERED THAT THE UNITED STATES MARSHAL SHALL arrange and provide the funds for the non-custodial transportation of Defendant David Lozano-Alvarado from Tacoma Washington to Pomona California, after the court appearance scheduled for March 2, 2015. In addition, the United States Marshal shall furnish Defendant an adequate amount of money for subsistence expense to the destination, not to exceed the mount authorized as per diem allowance for travel under 5 USC 5702 (A).

　　　DATED this 19th day of February, 2015.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER FOR NON-CUSTODIAL TRANSPORTATION