JUDGE SETTLE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID LOZANO-ALVARADO,<br><br>Defendant. | No. CR14-5159-BHS<br><br>~~(PROPOSED)~~ ORDER GRANTING DEFENDANT DAVID LOZANO-ALVARADO'S MOTION FOR PER DIEM |

THE COURT, having considered the motion of defendant David Lozano-Alvarado, and the files and records herein, makes the following findings of fact:

1. The defendant is scheduled to appear for trial on May 5, 2015, at 9:00 a.m, before the Honorable Benjamin H. Settle, U.S. District Court Judge for the Western District of Washington. Mr. Lozano-Alvarado resides in Pomona, California, and is financially unable to pay for transportation expenses to attend the hearing; and,

2. The interests of justice would be served by the provision of per diem and lodging expenses by the government as authorized by 18 U.S.C. § 4285.

IT IS THEREFORE ORDERED that defendant Lozano-Alvarado's motion is GRANTED, and the United States Marshal is hereby directed to provide defendant David Lozano-Alvarado with the funds necessary for the necessary subsistence expenses, including lodging, not to exceed the amount authorized as a per diem allowance for travel under 5 U.S.C. § 5702(a), to enable him to attend his hearing.

ORDER FOR PER DIEM
(*U.S. v. Lozano-Alvarado*, CR14-5159 BHS)

LAW OFFICE OF MARK W. MUENSTER
1010 ESTHER STREET
VANCOUVER, WA 98660
(360) 694-5085

Specifically, it is ordered that the U.S. Marshals:

Furnish to the defendant an adequate amount of money for subsistence expense and lodging during trial, not to exceed the amount authorized as per diem allowance for travel under 5 U.S.C. § 5702(a).

DONE this __6th__ day of May, 2015.

_____
THE HONORABLE BENJAMIN H. SETTLE

Presented by:

s/ *Mark W. Muenster*
Attorney for David Lozano-Alvarado

ORDER FOR PER DIEM
(*U.S. v. Lozano-Alvarado*, CR14-5159 BHS)

LAW OFFICE OF MARK W. MUENSTER
1010 ESTHER STREET
VANCOUVER, WA 98660
(360) 694-5085