UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>DAVID LOZANO-ALVARADO,<br><br>                Defendant. | CASE NO. CR14-5159BHS<br><br>ORDER |

IT IS HEREBY ORDERED that Defendant David Lozano-Alvarado is released from the custody of the United States Marshal and the United States Marshal Shall:  Arrange and provide the funds for the non-custodial transportation of Defendant David Lozano-Alvarado from Tacoma, Washington to Pomona, California on June 17, 2015, or as soon as possible.  In addition, the United States Marshal shall furnish Defendant an adequate amount of money for subsistence expense to the destination, not to exceed the amount authorized as per diem allowance for travel under 5 USC 5702(A).

Dated this 17th day of June, 2015.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 1